WESTERN CONCRETE PILE CORPORATION v. P. J. CARLIN CONSTRUCTION COMPANY, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by THOMAS F. BEHAN, Deputy and Acting Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the EQUITABLE CASUALTY AND SURETY COMPANY. COMMONWEALTH OF PENNSYLVANIA, as Trustee for McCLINTIC-MARSHALL COMPANY and All Other Unpaid Persons Who Furnished Material and Performed Labor in the Prosecution of a Certain Public Work. THOMAS F. BEHAN, Superintendent of Insurance, as Liquidator of EQUITABLE CASUALTY AND SURETY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MICHAEL PAVLOVICH KOSOLAPOFF v. PETROGRADSKY MEJDUNARODNY KOMMERCHESKY BANK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee, etc., v. HOWARD V. WILLIAMS and Others. MAX HERBST, as Receiver.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, as Liquidator of THE CONSOLIDATED INDEMNITY AND INSURANCE COMPANY, v. THE METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK.— Motion for a reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOSEPH J. BLUMENSTEIN v. MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY. (Action No. 1.) JOSEPH J. BLUMENSTEIN v. MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY. (Action No. 2.) JOSEPH J. BLUMENSTEIN v. PROVIDENT MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA. (Action No. 1.) JOSEPH J. BLUMENSTEIN v. PROVIDENT MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

RICHARD BOYLHART, by GERTRUDE BOYLHART, His Guardian ad Litem, and GERTRUDE BOYLHART, Individually, v. DI MARCO & REIMANN, INC., TERRY & TENCH COMPANY, INC., THE ROSAIRE CONTRACTING COMPANY and CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GUARANTY TRUST COMPANY OF NEW YORK, as Trustee, and LEWIS L. CLARKE, as Successor Trustee, etc., v. MARY L. C. FISK and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals and for other relief denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.